UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-cv-180-RJC

| | |
|---|---|
| ROBIN LYNN EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELMER'S PRODUCTS, INC., et al., )<br>)<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on its own motion. Plaintiff Robin Lynn Evans ("Plaintiff") filed this action on November 1, 2011, (Doc. No. 2), and the Court granted Plaintiff *in forma pauperis* status on January 10, 2012. (Doc. No. 8). Nonetheless, the defendants have yet to be served because Plaintiff has never filed a proposed summons. The Clerk shall send Plaintiff a form to fill out and return to the Court so that the Court may issue summonses for service upon the defendants. The Clerk shall then issue summonses and provide them to the United States Marshal for service. The United States Marshal shall then serve the defendants on Plaintiff's behalf pursuant to 28 U.S.C. § 1915(d).

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall send Plaintiff a form to fill out and return to the Court so that the Court may issue summonses for service upon the defendants;

2. The Clerk shall then issue summonses and provide them to the United States Marshal for service; and

3. The United States Marshal shall then serve the defendants on Plaintiff's behalf

pursuant to 28 U.S.C. § 1915(d).

Signed: July 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge