# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| ROBIN LYNN EVANS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:11-CV-00180-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| ELMER'S PRODUCTS, INC. | ) | |
| IRENE LESTER | ) | |
| IREDELL COUNTY SHERIFF'S | ) | |
| DEPARTMENT | ) | |
| CHARLES MCKINNEY | ) | |
| THOMAS BEATTY | ) | |
| TINA CARPENTER | ) | |
| BERWIND CORPORATION | ) | |
| VAN BILLET | ) | |
| PHILLIP REDMOND | ) | |
| ROGER POSACKI | ) | |
| ANDY POTEAT | ) | |
| STATESVILLE, CITY OF | ) | |
| RHODNEY LESTER | ) | |
| ROBERT EVANS | ) | |
| VENICE HERRING | ) | |
| BONNIE HAGERMAN, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2014, Order.

Signed: September 10, 2014

_Frank G. John_

Frank G. Johns, Clerk
United States District Court